USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/20/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DOMINGO PASCUAL,** *on behalf of himself and all others similarly situated*, <br><br> **Plaintiff,** <br><br> -against- <br><br> **METHOD TEST PREP, INC.,** <br><br> **Defendant.** | **21-cv-5777 (ALC)** <br><br> <u>**ORDER OF DISCONTINUANCE**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   December 20, 2021
         New York, New York

*/s/ Andrew L. Carter*

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**